# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **WESLEY J. JOY and KIMBERLY O. JOY** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 15-03014-CV-S-DGK** |
| | ) | |
| **BANK OF AMERICA, N.A. and** | ) | |
| **KOZENY & MCCUBBIN, L.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT BANK OF AMERICA, N.A.'S
## DISCLOSURE OF CORPORATE INTERESTS

Pursuant to the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A., submits this Corporate Disclosure Statement, showing the Court as follows:

1.     Bank of America, N.A. is an indirect, wholly-owned subsidiary of Bank of America Corporation.

2.     Bank of America Corporation is publicly traded and listed on the New York Stock Exchange (symbol "BAC").

3.     A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

**BRYAN CAVE LLP**

By: */s/ Jennifer L. Berhorst*
     James D. Lawrence     MO #53411
     Jennifer L. Berhorst     MO #61784
     1200 Main Street, Suite 3500
     Kansas City, MO 64105
     Telephone:  (816) 374-3200
     Facsimile:  (816) 374-3300
     jdlawrence@bryancave.com
     jennifer.berhorst@bryancave.com

     ATTORNEYS FOR DEFENDANT
     BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of January, 2015, the foregoing was filed via the Court's electronic filing system and shall therefore be served electronically upon the following counsel of record:

Dale Wiley
Foreclosure Law, LLC
P.O. Box 390
Crane, MO 65633
*Attorney for Plaintiffs*

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
*Defendant*

     */s/ Jennifer L. Berhorst*
     Attorney for Defendant