**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| WESLEY AND KIMBERLY JOY ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No. 15-03014-CV-S-DGK |
| ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA, N.A. AND ) | |
| ) | |
| KOZENY AND MCCUBBIN, L.C. ) | |
| Defendants. ) | |

## MOTION FOR STAY OF PROCEEDINGS

COME NOW, Plaintiffs, by and through undersigned counsel, and hereby move to stay all proceedings, including Plaintiffs' Response to Bank of America's Motion to Dismiss, until the Court has made a ruling on Plaintiffs' Motion to Remand, filed today in this court. The removal was based solely on diversity, and Plaintiffs believe that there is not sufficient diversity under the facts of this case to allow for that removal.

In the alternative, Plaintiffs pray for additional time to respond to Defendant's Motion to Dismiss or file a First Amended Petition.

Respectfully submitted this 6th[th] day of February, 2015.

By: _____/s/ Dale Wiley____
Dale Wiley, Bar No 50240
Attorney for Plaintiffs
PO Box 390
Crane, MO 65633
(877) 945-3952
fax (314) 754-2669
thinktalktrade@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of February, 2015, the foregoing was filed via the Court's electronic filing system and shall therefore be served electronically upon the following counsel of record:

| | |
|---|---|
| BRYAN CAVE LLP | Kozeny & McCubbin, L.C. |
| James D. Lawrence | 12400 Olive Blvd., Suite 555 |
| Jennifer L. Berhorst | St. Louis, MO 63141 |
| 1200 Main Street, Suite 3500 | sscharenborg@km-law.com |
| Kansas City, MO 64105 | |
| jdlawrence@bryancave.com | |
| jennifer.berhorst@bryancave.com | |

By: _____/s/ Dale Wiley____
Dale Wiley, Bar No 50240
Attorney for Plaintiffs